Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida
### Jacksonville Division

Case No. ~~510-2023-03340~~ 3:24-cv-630-TJC-LLL

*(to be filled in by the Clerk's Office)*

Cherry Roseann Lightner

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Amazon.com Services Inc. ("Amazon "
LLC or Company

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Cherry Roseann Lightner |
| Street Address | 10797 Las Colinas Way |
| City and County | Jacksonville - Duval |
| State and Zip Code | Florida 32222-1386 |
| Telephone Number | 904-955-5599 mobile - 904-551-1153 Fax |
| E-mail Address | cjesus911@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Amazon.com Services Inc  (the "LLC Company") |
| Job or Title *(if known)* | Employee Resource Center |
| Street Address | 410 Terry Ave N. |
| City and County | Seattle |
| State and Zip Code | WA 98109-5210 |
| Telephone Number | 206-266-1000 (company)- |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

|   | Telephone Number | |
|---|---|---|
|   | E-mail Address *(if known)* | |

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Amazon JAX3 Fulfillment Cent |
| Street Address | 13333 103Rd St. |
| City and County | Jacksonville, Duval |
| State and Zip Code | Fl 32210 |
| Telephone Number | 855-440-7663 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

    emphasis included 1991 Amendment Sections 102 and 103 , Title I of 1990 ADA

☒    Relevant state law *(specify, if known)*:

    Amazon owner's Manual and Guide to Employment - U.S. - February 2022

☒    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☒    Failure to promote me.

☒    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:    Intentional discrimination in employment &1981a.

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

08/01/2022 the start date of my employment at Amazon JAX3

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race    _____

☒    color    _____

☒    gender/sex    _____

☒    religion    _____

☒    national origin    _____

☒    age *(year of birth)*    _____    *(only when asserting a claim of age discrimination.)*

☒    disability or perceived disability *(specify disability)*

Disability    _____

E.    The facts of my case are as follows.  Attach additional pages if needed.

Page 4 of 7

United States District Court

Middle District Of Florida

Cherry Roseann Lightner.                                    Case No.510-2023-03340

      Plaintiff

        V.

Amazon.com Services Inc (the "LLC Company)

      Defendant

E.  The facts of my case are as follows

This action is brought for discrimination in employment pursuant to all the I have indicated by a X that entitle me protection under the Federal laws indicated.

I am Cherry Roseann Lightner, 75 years of age qualified Amazon employee, African American (race) which I am a member of a protected class, color (brown/black skin) Faith in Jesus Christ (religion), female (sex) I am also a Vietnam War Veteran. Born in the USA state of Florida (national origin) and is a to be included and considered in this court. . Unlawful Employment Practices SEC. 20000e-2. (Section 703).and (1)(A)(i)(ii).

I started working at Amazon delivery station DJX2 Sortation Center, at the age 0f 70-73 , from August 8, 2020 – August 01, 2022.  When I joined the team, my goal was to be a team builder ready to help whenever help was need for my team.  I was a stower, picker, pusher, Safety associate, Social Distance champion, Safety wellness coach, received my first temporary promotion as a Interim Acting UV Safety Champion November 08,2020 same grade level L1 pay $17.65 (included base pay, shift differential and seasonal differential, Employee Class FULL Time.  My shift was 01:20 am – 11:50 am Tue-Fri.

I was voted by my associates, Associate of the years for September 2021 and January 2022

I enjoyed my job at DJX2 great team employees, managers and HRS staff.  I coached hundreds of employees about safety subjects and requirements, was given the task on my Interim position to manager the COVID-19 office, training other employees, setup.

1

Case No.510-2023-03340

schedules for employees also give a method Improvement for employees to schedule their own schedule by way of a phone app. Working in Safety Hazmat I managed incoming and outgoing products requiring distribution in the system to save for approved donators and disposal of wasted or spilled products needing storage in the Safety Hazmat area which I managed and make sure all bins ere property label for weekly Hazmat pickup.

I had to lift products with weight of 49-50 weights. I had carts to transport products never had to physically carry them miles without support like cat litter, dog food and case of water and food. I had to prepare the drivers bag stacked 3 tier high but if anyone needed assistance, we there to help as a team. I also setup and perform safety audits. My health was good until after February 2021 going in and out of smoked and viper filled entrance and exit entrance I was diagnosed with Thyroid and Parathyroid cancer which was removed in August 2021 and now have to take thyroid medicine for rest of my life. After surgery my energy and oxygen became difficult, but I kept fulfilling my assigned duties. When I applied for workman compensation for my Thyroid Cancer surgery due to exposure to secondhand smoke which was denied. As a result of the removals, I now live with shortness of breath and immune system deficiencies and because of deficiencies I get weak even when walking. Safety and my manager were made aware which they showed me smoking the signs that was posted but left it up to the associates to comply to them. A designated smoking area was available off to the side of the building. Summary DJX2 was a very great place to be a part of.

I a qualified requested a transferred from Amazon DJX2 a Sortation Center to Amazon JAX3 Fulfillment Center closer to my home 4 miles from work, working 18:30 pm – 05:00 am. Sun-Wed. This was my first time ever working for this or any fulfillment center. I never applied for a Fulfillment Associate. I only applied for a transfer only ONE time to JAX3.Vendor Return.

I was never given the opportunity to perform the tasks of the position that I was hired for, Vendor Return. Instead, I was forced to perform other duties only on the Ship Dock even while the Vendor Return was continuing to be posted on the system for transfers.

Discrimination Cause #1

Age Discrimination **:Age Discrimination in Employment Act (ADEA)**

.

2

Case No.510-2023-03340

**Citation**: 29 U.S.C. & 621-634 - **Purpose**: Protect employees and job applicants who are 40 years of age or older from discrimination based on age in hiring, promotion, discharge, compensation, or terms, conditions, and privileges of employment. -

**Enforcement**:U.S. Equal Employment Opportunity Commission (EEOC)

Disability Discrimination **Americans with Disabilities Act (ADA)** -

**Citation**: 42 U.S.C. & 12101 – 12213-

**Purpose** discrimination against individuals with disabilities in all areas of public life, including jobs, schools, transportation, and all public and private places open to the general public.

-**Title I**: Specifically addresses employment and requires employers to provide reasonable accommodations to qualified employees with disabilities unless doing so would cause undue hardship.

The EEOC investigates the charge and may mediate, settle, or litigate the claim on behalf of the EMPLOYEE.

-&12117: Enforcement provisions

These laws collectively ensure protection against discrimination based on age and disability, proving a framework for employees to seek redress if they face such discrimination.

1. At the age of 73 I applied a transfer for **Vendor Return** position at JAX3 **before** July 08,2022 (shift type), Mon, Tue, Wed, Thu, (workdays), JAX3, 18:30 pm.
2. Received **Vendor Return** (not fulfillment Association) offer July 08,2022
3. Received transfer notice of my new shift coming from( DJX2 – current shift NK7-0120-OB, FC Tue-Fri 10 hr 0120, Outbound, Sort – Flow), to New shift (starts Aug 01) to JAX3 NF1-1830-VRET, Mon, Tue, Wed, Thu (OT: Sun), Vendor Returns, Vendor Returns, New supervisor – Jordan Lukat
(Note: Defendants EEO statement on position stated that on July 31, 2022 I applied for, and Amazon granted, a transfer to another of Amazon's facilities in JAX3. And that I applied for the position of **Fulfillment Associate at JAX3** and I was employed

3

Case No.510-2023-03340

in the Vendor Returns process at JAX3.  I was assigned to work on the most demanding lines at JAX3 1-5 mainly line 1.

Discrimination Cause #2 Medical Accommodations of disabilities **All** were denied before the doctor's reporting.

1.  Job Accommodation Report by Manager: Nathaniel Thomas Yunker - dated by 09/13/2022 – Alternate **denied on  08/02/2022**, (First notification when I saw the report)
2.  Job Accommodation Report dated by 10/27/2022 - Sister Site Placement – by Manager Jordan Lukat denied **on 10/04/2022** (Note: she was supposed to to be my manager in the Vendor Return not Ship Dock)
3.  Healthcare Provider RFI form from my doctor:  08/18/22 **Major life activities or major bodily functions are affected YES permanent (lift/carry – up to 20 lbs push/pull. Hands, shoulder, head/neck, other relevant current limitations: Acrophobia, fear of heights, avoid step stools and ladders.  She also recommended a Back Brace as needed.**
4.  **Anxiety disorder – Behavioral Health Referral 09/22/2022**
5.  Physician Statement – **09/26/2022 Primary Disabling Diagnosis "Papillary Thyroid Caruroma, secondary: Chest wall pain, hospitalized 08/05/2022, Type 2 Diabetes, insulin injections, anemia,** again NO lifting greater than 20lbs, No climbing on step stools or ladders **Note:** I was kept from my site until they was satisfied regardless of my health issues.  **On Federal FMLA and Medical Leave of Absence.  I was to rtn to work 1st on 10/07/2022 but they changed it to 11/4/2022. Was not let into the system until 11/13/2022 worked on the ship dock heavy and overflowing lines manly 1 for Prime thru 12/29/2022. Other younger employees were not treated as I was felt unwanted, stressed and emotional and physically feared my life was being put in harm I felt threaten on the Pit 40' afraid my blood glucose would drop or increase my blood pressure.  Both my doctor and myself informed JAX3 of my disabilities.  NO was had any concerns for my life or needs, every sign showed that they did not want me in that building and they tried to send me even on the Northside of town to sites were high crime existed.  What about the young employees how were they treated and protected?**

4

6. My doctor was very concern about my health she did not change her diagnosis. I asked her to let me go work Amazon Prime season was starting I did not want to get fired! I had to try as I had tried driving that Power Industrial Truck and picked to qualify for the Vendor Return position which I met the requirements driving it by myself. I DID IT, I DID IT! .I feared for my life I feared my glucose dropping and blood presser rising when it so high Urgent Care would not treat and sent me to the ER. No one tried to place me in a less physically demanding position even when I had HR jobs 2 at JAX 3 (1 L1, 1 L3, 8 L3 other sites)

I was broken down mentally, physically and spiritually but I left knowing I did my best and had a part in getting the customers products out of JAX3. My body was in severe pain, when I had the chest pains the week of 08/08/22. I did work my whole shift week and Amazon ERC told me who to report it too. I tried when I came back to work the Monday safety would not make a report she held a meeting with my Leadership team: Bobby Woltman Sr. Operations Manager, Malcolm Green Operations Manager and Johnny O Joester. Because of the emotional and physical stress my blood pressure has sent me to many visits to the ER, Urgent Care, pain shots,

Discrimination Cause #3 Training Everyone Was treated different than me even through I stayed right were my managers kept me everyone kept giving me excuses nothing open, wait until Prime be over after 2 months waiting a badly abused mental and physical body the Lord spoke to my heart LIE OR DIE the choice was mind. Younger employees was givien the opportunity to work in other areas at this fulfillment some who had no years working for Amazon as me and this caused assignment discrepancies with me physically demanding work on the Ship Dock with others and young one receiving easier assignments working with computers, packing, QA and other area.

There were 8 younger ladies in my class 5 had fear of heights also, mixed culture 2 blacks, 1 Asian, 2 whites go other lighter positions, in my PIT class 4 of us 3 younger. 2 that completed with me in the PIT got moved to other jobs. Everyone was going for the Vendor Return position also. Note: Younger people came after me and no one that I know was treated like me. Since my working conditions were so intolerable I felt forced to resign, a constructive Discharge, unable working conditions I found to be intolerable. The impact is having on my health I am unable to work, unable to sleep with these PSTD life experiences, The demanding work and lack of accommodations severely affected my health, leading to frequent medical visits, exacerbating my existing conditions (Type II Diabetes, High/Low

5

Case No.510-2023-03340

blood pressure, mental health issues, frequent trip to the doctor for pain management and control and treatments This led to severe health issues and a feeling of being forced out of my job due to discriminatory practices.  Note:  the was a white employee that spoke with me doing me getting my medical accommodations she had problems lifting 35 pounds but who is also younger than me but she was able to stay at work and get promoted she is not black.

## Pray for Relief

Pray for relief and judgement against Defendants jointly and severally, as fullness.

1.  Damages, unpaid wages, penalties, injunctive relief ($3m,4m,5m, humiliation, emotional, physical, reputational injuries, etc...what amount can give me back my complete health free from serve life of pain, anxiety, undo the cancer, days I am unable to walk or move my arms, feet and other body parts.
2.  Hostile and discriminating behavior instead of working a simple problem allowing this grow into show for the entire world.  No employee should be abused in the workplace regardless of the you they are look like.  I long and have compassion for the people I left behind.  I feel their pain and hurt cause I am a victim of employment discrimination.
3.  Refusal to accommodate my medical disabilities.  Despite my physician' medical recommendations and limits.
4.  Don't want ant employee who need a safety report to be denied as I was.
5.  I am alive cause God is not finish with me yet, when I went to Urgent Care I was in such a severe condition I could have had a stroke, heart attack or just died but thank God I am still alive. JAX3 did not care.  JAX3 did not make Prime time alone.  I put in time toward it also Plus I am customer spending good dollars with Amazon.

I worked hard to leave a legacy for others other to follow, always give your best and the best will come back to you.  We are place on this earth to help protect life not take life away.  Jesus said love our enemy.  Satan comes to steal, kill and destroy.  I am a child of Christ Jesus He is not going on the cross again we got to take up our own cross and follow HIM Jesus.  I pray that I will see the Law working for the god of the people.

6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

attachment included

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

05/25/2023
_____

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    3/25/2024    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Prayer for Relief

---

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    06/20/2024

Signature of Plaintiff    *Cherry Roseann Lightner*

Printed Name of Plaintiff    Cherry Roseann Lightner

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____